**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Lilian VALLE,<br><br>Defendant. | Case No.:  **21MJ8160**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 4, 2021, within the Southern District of California, defendant, Lilian VALLE, did knowingly and intentionally import approximately 8.02 kilograms (17.68 pounds) of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Kiersten Deutsch
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on this 8th day of March, 2021.

HON. JILL. L. BURKHARDT
U.S. MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

v.

Lilian VALLE

STATEMENT OF FACTS

This Complaint and Statement of Facts is based on reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent Kiersten Deutsch.

On March 4, 2021, at approximately 4:48 a.m., Lilian VALLE (VALLE), a United States citizen, applied for entry into the United States from Mexico through the Calexico, California West Port of Entry via the vehicle primary lanes. VALLE was the driver and sole occupant of a 2003 Chevrolet Tahoe ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received a negative Customs declaration from VALLE. VALLE stated she was going home to Calexico, California. The CBPO asked VALLE's purpose for being in Mexico and VALLE stated she was visiting her grandmother. The CBPO conducted subject queries which revealed an alert on both the vehicle and VALLE, therefore, VALLE was referred to vehicle secondary for further inspection.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the rear door of the vehicle. The vehicle was scanned utilizing the Z-Portal X-ray machine and a CBPO operating the Z-Portal detected anomalies in the rear cargo area of the vehicle.

In the secondary inspection area, a CBPO conducting secondary inspection operations received an oral Customs declaration of fish from VALLE. VALLE stated to the CBPO she

3

was bringing back fish to Calexico, California. Further inspection of the vehicle resulted in the discovery of 5 packages concealed in two ice chests located in the trunk of the vehicle, with a total approximate weight of 8.02 kilograms (17.68 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

VALLE was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance, and issued a Notice to Appear dated April 6, 2021 at 8:00 a.m.