|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21CR1005-WQH |
|---|---|
| Plaintiff, |  |
| v. |  |
| LILIAN VALLE, | ORDER |
| Defendant. |  |

IT IS HEREBY ORDERED that the parties' joint motion to continue the motion hearing/trial setting from October 28, 2024, to December 20, 2024, at 9:00AM is granted, on the grounds stated therein. (ECF No. 24.) Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7). For the reasons stated in the joint motion, the ends of justice served by a continuance in this case outweigh the best interest of the public and Defendant in a speedy trial.

Dated: October 24, 2024

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court